UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiffs,<br><br>    v.<br><br>KIARASH (KIA) JAM,<br><br>    Defendant. | Case No. 2:24-cv-01880-AB-MAA<br><br>[PROPOSED] ORDER TO SHOW CAUSE |

Upon the Application of the Securities and Exchange Commission (the "Commission") for an order pursuant to Section 20(c) of the Securities Act and Section 21(e) of the Securities Exchange Act of 1934, enforcing compliance by Respondent Kiarash (Kia) Jam ("Jam") with a final Commission order entered against him on March 12, 2019, requiring Jam to disgorge $205,443.00, prejudgment interest of $86,278.75, with additional interest pursuant to SEC Rule of Practice 600, if timely payment is not made, and to pay civil penalties of $185,000.00, with interest accruing pursuant to 31 U.S.C. § 3717, the Declaration of Maureen Peyton King, and it appearing that an Order to Show Cause should issue, **IT IS HEREBY ORDERED** that:

//

**I.**

The above-captioned Respondent, Jam, shall appear before this Court in Courtroom 7B of the Courthouse located at 350 W 1st Street, Suite 4311, Los Angeles, CA on **May 17, 2024 at 10:00 a.m.** and show cause why the final Commission order requiring Jam to pay what he owes with additional interest if timely payment is not made should not be granted.

**II.**

Respondent shall be served pursuant to Rule 4 of the Federal Rules of Civil Procedure.

**III.**

Respondent shall serve and file any opposing papers by **5:00 p.m. on April 19, 2024**. Service shall be made by delivering the papers by that date to Maureen Peyton King via e-mail at kingmp@sec.gov.

**IV.**

If Respondent fails to file opposing papers and/or appear at the scheduled hearing, the Court may find Respondent in default and enter an appropriate order against such party at such time without further notice being given.

**V.**

If Respondent serves and files any opposing papers, the Commission may serve and file reply papers by **5:00 p.m. on May 3, 2024**. Service shall be made by delivering the papers by that date to Respondent at the address they designate in their opposition papers or, if they designate an e-mail address, via e-mail to that address.

**IT IS SO ORDERED.**

Dated: March 13, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE